**Jose Alfredo Robles GARCIA, a/k/a Ramiro Gonzalez, Appellant,**

**v.**

**STATE of Texas, Appellee.**

**No. 0808–84.**

Court of Criminal Appeals of Texas, En Banc.

March 16, 1988.

Appeal from 103rd District Court, Cameron County; Harry D. Lewis, Judge.

Prior report: Tex.App., 673 S.W.2d 696.

Before the court en banc.

On appellant's petition for discretionary review: petition dismissed.

■

**Arema Margaret SPELLING, Appellant,**

**v.**

**The STATE of Texas.**

**No. 0007–87.**

Court of Criminal Appeals of Texas.

Sept. 14, 1988.

Appeal from Criminal District Court No. 2, Tarrant County, L. Clifford Davis, J.

Prior report: Tex.App., 719 S.W.2d 404.

On appellant's petition for discretionary review: judgment of the Court of Appeals reversed; cause remanded to that court.

CLINTON and DUNCAN, JJ., concur in the result.

ONION, P.J., dissents to the remand and to order improvidently granting ground no. 2.

TEAGUE, J., dissents.